UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS DEL RIO DIVISION

FILED
MAR 24 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** *Plaintiff* | § § § |
| **VS** | § § Case No. DR-22-CR-00286-DC |
| **(1) CARLTON LEE VERDON** *Defendant* | § § § |

## ORDER REVOKING SUPERVISED RELEASE and RESENTENCING OF DEFENDANT

On March 7, 2025, came on to be heard the Petition for Revocation of Supervised Release granted by virtue of Judgment entered on September 18, 2023, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, David Thomas. The United States was represented by Assistant United States Attorney, Joshua Garland.

After reviewing the petition and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his Supervised Release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant on Supervised Release. Further, the Court is of the opinion that the Petition for Revocation of Supervised Release should be, and it is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the term of Supervised Release of Defendant named above granted by the Judgment entered on September 18, 2023, and it is hereby **REVOKED** and **SET ASIDE** and the Defendant is resentenced as follows:

The Defendant, CARLTON LEE VERDON, is hereby committed to the custody of the United States Bureau of Prisons for a term of TEN (10) MONTHS. A term of TWENTY-SIX (26) MONTHS Supervised Release is imposed with all Mandatory and Standard Conditions approved for the Western District of Texas and all conditions previously imposed and not yet completed, in addition to the following special conditions:

The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program shall include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall pay the costs of such treatment based on the ability to pay.

The defendant shall take all mental health medications that are prescribed by the treating physician, as prescribed.

The defendant shall reside in a Residential Reentry Center for a period of 6 months and shall observe the rules and regulations of that facility. Further, once employed, the defendant shall pay 25% of his weekly gross income for his subsistence as long as that amount does not exceed the daily contract rate.

The defendant shall not use or possess any controlled substances without a valid prescription. If a valid prescription exists, the defendant must disclose the prescription information to the probation officer and follow the

The defendant shall submit to substance abuse testing to determine if the defendant has used a prohibited substance. The defendant shall not attempt to obstruct or tamper with the testing methods. The defendant shall pay the costs of testing if financially able.

The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

The defendant shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

The defendant shall pay any outstanding fine balance as previously imposed.

That the defendant be incarcerated in a federal facility as close to San Antonio, Texas, as possible.

The Clerk will provide the United States Marshal Service with a copy of this Order to serve as the commitment of the Defendant.

**SIGNED** this 24th day of March, 2025.

_____
**David Counts**
United States District Judge